**STATEMENT OF FACTS**

On March 16, 2025, at approximately 2:00 a.m., members of the Metropolitan Police Department ("MPD") were patrolling Northwest, Washington, D.C., in the Logan Circle neighborhood. Your affiant observed a vehicle parked in a "no parking" zone near a fire hydrant on the west side of 7th St. NW. The vehicle could be seen running. Your affiant, along with two other officers with MPD, conducted a traffic stop on the vehicle. Your affiant was wearing a body worn camera during the stop. Footage from the stop shows the position of the vehicle.



*Figure 1: Vehicle as observed at the traffic stop. Hydrant and "No Parking" sign circled in red.*

Your affiant approached the driver's window and asked the driver to roll it down. The driver was later identified as SEQUAN COLLIER. Two other officers approached the passenger side of the vehicle. Officers observed NASEER GREEN in the front passenger seat, and WESLEY HILLIARD in the rear passenger seat. During my interaction with the driver, your affiant observed red solo cups within the vehicle's cup holders and a bottle, later identified to be Don Julio tequila, in the rear seat of the vehicle. During the interaction, the officers on the passenger side of the vehicle voiced the predetermined codeword for the presence of a firearm.

Your affiant continued to question the driver and requested more officers to arrive to the scene. Once more officers arrived, your affiant requested that COLLIER exit the driver seat to continue the stop outside of the vehicle. COLLIER was then placed under arrest for Open Container of Alcohol in violation of D.C. Code § 25-1001.

The passenger, NASEER GREEN, and backseat passenger, WESLEY HILLIARD, were then ordered out of the vehicle.

### SEQUAN COLLIER Search

During a search of SEQUAN COLLIER's person, a firearm was recovered from his waistband. The below image was captured from a body worn camera.



*Figure 2: Firearm recovered form the driver, SEQUAN COLLIER, circled in red.*

The firearm recovered from SEQUAN COLLIER's waistband is a Glock Model 29, 10mm handgun, with a serial number of XXXXXX. It was equipped with a 15-round magazine containing 14 rounds. Additionally, there was a round in the chamber.

A criminal history records check showed that SEQUAN COLLIER was previously convicted of multiple felonies, including Unlawful Possession of a Firearm in Superior Court Case Number 2023 CF2 03810. COLLIER was sentenced to serve 22 months incarceration in that case.

Accordingly, at the time COLLIER possessed the firearm seized in this case, he would have known he had previously been convicted of a crime punishable by a term of imprisonment of more than one year.

## NASEER GREEN SEARCH

When NASEER GREEN was removed from the passenger seat, officers observed him bending over at the waist, and covering his waistband with his hands. Once he was out of the vehicle, he crossed his legs. Once NASEER GREEN was placed into handcuffs, your affiant observed a magazine sticking out from his waistband.



*Figure 3: Extended magazine sticking out of NASEER GREEN's waistband.*

The firearm recovered from NASEER GREEN's waistband is a Glock Model 19, 9mm handgun, with a serial number of XXXXXXX. The firearm was equipped with a 24-round magazine loaded with 23 rounds. Additionally, there was a round in the chamber. The firearm had a "giggle switch" attached to the rear of the slide, which was clearly visible.

Based on my training and experience, these "switches" are designed and intended to mechanically alter the operation of the handgun, converting it from firing one round after a single function of the trigger, to firing more than one round automatically after a single function of the trigger.



*Figure 4: Body worn camera footage showing your affiant place the firearm into an evidence bag. The clearly visible "giggle switch" is circled in red.*

Finally, this firearm was reported stolen by the Rockdale County Sheriff's Office in Georgia and NASEER GREEN did not have a license to carry, either openly or concealed on his person, a pistol within the District of Columbia.

## WESLEY HILLIARD SEARCH

Officers saw a firearm on the lap of WESLEY HILLIARD when contact was first made. As WESLEY HILLIARD was removed from the vehicle, officers instructed him to leave the vehicle with his arms raised. The firearm remained on the rear passenger seat when WESLEY HILLIARD exited the vehicle.



*Figure 5: Officers recovered the firearm from the seat after WESLEY HILLIARD was removed from the seat.*

The firearm recovered from the seat where WESLEY HILLIARD was seated is a Glock Model 30, .45 caliber handgun, with a serial number of XXXXXXX. The firearm was equipped with a 10-round magazine loaded with 9 rounds. Additionally, there was one round in the chamber.

A criminal history records check showed that WESLEY HILLIARD was previously convicted of multiple felonies, including Unlawful Possession of a Firearm in Superior Court Case Number 2014 CF3 19814. HILLIARD was sentenced to serve 22 months incarceration in that case. In addition, HILLIARD was previously sentenced to a term of imprisonment of 37 months for Conspiracy to Distribute Cocaine Base in D.C. Federal Court Case 22-cr-164-RBW and recently began serving his term of supervised release. Accordingly, at the time HILLIARD possessed the firearm seized in this case, he would have known he had previously been convicted of a crime punishable by a term of imprisonment of more than one year.

## Conclusion

Because there are no firearms or ammunition manufacturers in the District of Columbia, the above-mentioned firearms and ammunition would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the forgoing, I submit that there is probable cause to believe that COLLIER violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

Based on the forgoing, I submit that there is probable cause to believe that GREEN violation 18 U.S.C. § 922(o), which makes it a crime for any person to possess a machine gun as defined in 26 U.S.C. § 5845(b) and 22 D.C. Code § 4504(a)(1), which makes it a crime for any person to carry, whether openly or concealed on or about his person, a firearm without a license.

Based on the forgoing, I submit that there is probable cause to believe that HILLIARD violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

_____
OFFICER JACK RIEGAL
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this* **18th** *day of March, 2025.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE